**Order entered October 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00902-CV

**WEINSTEIN & RILEY, P.S., Appellant**

**V.**

**LARRY BLANKENSHIP, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-05153A**

## ORDER

We **GRANT** appellant's October 7, 2014 unopposed motion for an extension of time to file a brief. Appellant shall file its brief by **OCTOBER 27, 2014**. We caution appellant that no further extension of time will be filed in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
           JUSTICE